**SAUL EWING LLP**
*A Delaware LLP*
Ryan L. DiClemente, Esq.
650 College Road East, Suite 4000
Princeton, NJ 08540
(609) 452-5057
*Attorneys for Defendants*
*Dexcel Pharma Technologies Ltd.*
*and Dexcel Ltd.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD MARCUS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LTD. and DEXCEL LTD.,<br><br>Defendants. | Civil Case No.: 15-cv-08921-AET-TJB<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY** stipulated and agreed, that all claims brought by Plaintiff Richard Marcus against Defendants Dexcel Pharma Technologies Ltd. and Dexcel Ltd. have been amicably resolved by the parties and are hereby dismissed with prejudice as to Plaintiff's claims, and without prejudice as to the putative class, and without costs and fees.

**SAUL EWING LLP**                          **PARIS ACKERMAN & SCHMIERER LLP**


RYAN L. DICLEMENTE, ESQ.            ROSS H. SCHMIERER, ESQ.
650 College Road East, Suite 4000      103 Eisenhower Parkway
Princeton, NJ 08540                          Roseland, NJ 07068
(609) 452-5057                                 (973) 228-6667
Email: rdiclemente@saul.com            Email: ross@paslawfirm.com
*Attorney for Defendants*                  *Attorneys for Plaintiff*
*Dexcel Pharma Technologies Ltd. and*   *Richard Marcus*
*Dexcel Ltd.*
Dated: December 8 , 2016              Dated: December 6 , 2016

1088383 1