**SAUL EWING LLP**
*A Delaware LLP*
Ryan L. DiClemente, Esq.
650 College Road East, Suite 4000
Princeton, NJ 08540
(609) 452-5057
*Attorneys for Defendants*
*Dexcel Pharma Technologies Ltd.*
*and Dexcel Ltd.*

**RECEIVED**

**JAN 05 2017**

AT 8:30_____M
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| RICHARD MARCUS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DEXCEL PHARMA TECHNOLOGIES LTD. and DEXCEL LTD.,<br><br>Defendants. | Civil Case No.: 15-cv-08921-AET-TJB<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY** stipulated and agreed, that all claims brought by Plaintiff Richard Marcus against Defendants Dexcel Pharma Technologies Ltd. and Dexcel Ltd. have been amicably resolved by the parties and are hereby dismissed with prejudice as to Plaintiff's claims, and without prejudice as to the putative class, and without costs and fees.

**SAUL EWING LLP**

RYAN L. DICLEMENTE, ESQ.
650 College Road East, Suite 4000
Princeton, NJ 08540
(609) 452-5057
Email: rdiclemente@saul.com
*Attorney for Defendants*
*Dexcel Pharma Technologies Ltd. and Dexcel Ltd.*
Dated: December 8, 2016

**PARIS ACKERMAN & SCHMIERER LLP**

ROSS H. SCHMIERER, ESQ.
103 Eisenhower Parkway
Roseland, NJ 07068
(973) 228-6667
Email: ross@paslawfirm.com
*Attorneys for Plaintiff*
*Richard Marcus*
Dated: December 8, 2016

1088383.1

So Ordered
Anne E. Thompson USDJ
1/5/17